UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Timothy Brockett

Defendant(s).
----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

21MJ 865

Defendant __Timothy Brockett_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer

(Mr. Brockett authorized Benjamin Gold to electronically sign this form during a telephone call on January 22, 2021)

_Timothy Brockett_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Ben G
Defendant's Counsel's Signature

Timothy Brockett
Print Defendant's Name

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/22/21
Date

[signature]
~~U.S. District Judge~~/U.S. Magistrate Judge