UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA                          :

v.                                                :                   **ORDER**

TIMOTHY BROCKETT,                                 :                   21 MJ 865 (VB) (AEK)
                              Defendant.          :
------------------------------------------------------------x

        **A bail appeal hearing in this case is scheduled for <u>January 29, 2021, at 12:00 p.m.</u>** Because of the current public health emergency, the Court will conduct the proceeding by telephone conference call.

        Accordingly, it is hereby ORDERED:

        1.      The hearing will be conducted by telephone conference call.  At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

        **Dial-In Number: (888) 363-4749 (toll free) <u>or</u> (215) 446-3662**

        **Access Code: 1703567**

Dated:  January 28, 2021
        White Plains, NY

                                        SO ORDERED:

                                        Vincent L. Briccetti
                                        United States District Judge