UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

TIMOTHY BROCKETT,
                            Defendant.
------------------------------------------------------------x

**ORDER**

21 Mag. 865

      For the reasons set forth on the record today, at a bail review hearing attended telephonically by the defendant Brockett, his attorney, and the government's attorney, the Court granted the government's application to revoke the order of January 22, 2021, that had released the defendant on bail, 18 U.S.C. § 3145(a), and the Court further ordered that the defendant be detained pending trial.

      As stated on the record today, the Court further ordered the defendant to surrender forthwith to the United States Marshal at the United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. The defendant shall surrender to the Marshal by no later than 4:00 p.m. today. If he fails to do so, the government is directed to submit a bench warrant for the Court's issuance.

Dated: January 29, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge