UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Timothy Brockett

                 Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-  ( )( )

21 Mag 865

Defendant __Timothy Brockett__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing, and Bail-Appeal hearing

____ Conference Before a Judicial Officer

(Mr. Brockett authorized Benjamin Gold to electronically sign this form during a telephone call on January 27, 2021)

_Timothy Brockett_  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

Timothy Brockett  
Print Defendant's Name

_Ben G_  
Defendant's Counsel's Signature

Benjamin Gold  
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

1/29/2021  
Date

_[signature]_  
U.S. District Judge/~~U.S. Magistrate Judge~~